JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
JAIME PERDOMO,                      )  No. EDCV 08-1690-SS
                                    )
            Plaintiff,              )
                                    )  JUDGMENT
       v.                           )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of the Social          )
Security Administration,            )
                                    )
            Defendant.              )
_____)
```

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 14, 2009.

                                                           /S/
                                      _____

                                      SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE